OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

John A. Cerino
CLERK

Unit 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170
www.ded.uscourts.gov

June 21, 2018

TO:    Mani Sheik, Esq.
       Sheik Law, Inc.
       321 West Portal Avenue, Suite A
       San Francisco, CA 94127

       Rita M. Haeusler, Esq.
       Alex Edwin Spjute, Esq.
       Hughes Hubbard & Reed LLP
       350 South Grand Aveune, 36th Floor
       Los Angeles, CA 90071-3442

            RE:    DE Case CA 18-919-UNA
                   ND/CA Case CA3:17-3508-SK
                   **Baca v. Contego Services Group, LLC et al**

Dear Counsel:

The above referenced action was transferred to the U.S. District Court on June 21, 2018.

Pursuant to Local Rule 83.5 (Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, effective August 1, 2016) it is required that all parties associate themselves with local counsel.  Local Rule 83.5 (d) and (e) read as follows:

(d)  Association with Delaware Counsel required. Unless otherwise ordered, an attorney not admitted to practice by the Supreme Court of the State of Delaware may not be admitted *pro hac vice* in this Court unless associated with an attorney who is a member of the Bar of this Court and who maintains an office in the District of Delaware for the regular transaction of business ("Delaware counsel"). Consistent with CM/ECF Procedures, Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. Unless otherwise ordered, Delaware counsel shall attend proceedings before the Court.

(e) Time to Obtain Delaware Counsel.  A party not appearing *pro se* shall obtain  representation by a member of the Bar of this Court or have its counsel associate with a

member of the Bar of this Court in accordance with D.Del. LR 83.5(d) within 30 days after:

(1)  The filing of the first paper filed on its behalf; or

(2)  The filing of a case transferred or removed to this Court.

Failure to timely obtain representation shall subject the defaulting party to appropriate sanctions under D.Del. LR 1.3(a).

Please have your local counsel enter an appearance on or before **July 23, 2018.**

Sincerely,

John A. Cerino
Clerk of Court

By: /s/  F. Scarpato
       **Deputy Clerk**