## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> PATRIOT NATIONAL, INC., *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 18-10189 (KG) <br><br> (Jointly Administered) |
| James Baca, <br><br> Plaintiff, <br><br> v. <br><br> Contego Services Group, LLC, *et al.* <br><br> Defendants. | Civil Action No. 18-919-RGA |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Toni Gott, a defendant in the above-captioned proceeding (the "Defendant"), hereby appears through counsel, Pachulski Stang Ziehl & Jones LLP ("PSZJ"). PSZJ hereby requests that copies of all papers given or required to be given in this case and copies of all papers served or required to be served, be given and served upon the Defendant through service upon PSZJ, at the addresses, telephone numbers, facsimile numbers, and electronic mail addresses set forth below.

| | |
|---|---|
| Dated: July 31, 2018<br>Wilmington, Delaware | PACHULSKI STANG ZIEHL & JONES LLP<br><br>/s/ *Peter J. Keane*<br>Laura Davis Jones (DE Bar No. 2436)<br>James E. O'Neill (DE Bar No. 4042)<br>Peter J. Keane (DE Bar No. 5503)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705 (Courier 19801)<br>Telephone:  (302) 652-4100<br>Facsimile:  (302) 652-4400<br>Email:  ljones@pszjlaw.com<br>           joneill@pszjlaw.com<br>           pkeane@pszjlaw.com<br><br>*Counsel to Defendant Toni Gott* |