IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES BACA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CONTEGO INVESTIGATIVE )<br>SERVICES, INC., PATRIOT )<br>NATIONAL, INC., TONI GOTT, )<br>AND DOES 1 THROUGH 20, )<br>)<br>Defendants. ) | C.A. No. 18-919-RGA |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Kathryn A. Coleman, Rita M. Haeusler, and Aviva L. Wernick, all attorneys with the law firm of Hughes Hubbard & Reed LLP ("Hughes Hubbard"), on behalf of themselves and on behalf of Alex E. Spjute, a former attorney with Hughes Hubbard, hereby withdraw as counsel in this matter for Defendants Contego Investigative Services, Inc. ("Contego"), Patriot National, Inc. ("Patriot") and Toni Gott ("Ms. Gott").

Members of the Bar of this District presently represent the clients in this action on whose behalf Hughes Hubbard is withdrawing. Following the transfer of this action to this District, the law firm of Morris James LLP filed an appearance on behalf of Peter Kravitz, as Litigation Trustee of the PNI Litigation Trust[1], and the law firm of Pachulski Stang Ziehl & Jones LLP

---

[1] On May 4, 2018, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered its *Findings of Fact, Conclusions of Law, and Order Confirming Fourth Further Amended Joint Chapter 11 Plan of Reorganization* (D.I. 705) (the "Confirmation Order"). On July 2, 2018, the *Fourth Further Amended Chapter 11 Plan of Reorganization* (D.I. 702) (the "Plan") became effective (D.I. 891). Pursuant to the terms of the Confirmation Order and the Plan, the PNI Litigation Trust (the "Trust") was created, and Peter Kravitz was appointed as the Litigation Trustee for the Trust and the Plan Administrator for the Plan ("Plan Administrator" and collectively with the Litigation Trustee, the "Trustee"). As Plan Administrator, the Trustee has responsibility for addressing and dealing with litigation claims against the Debtors' estates, including claims such as those asserted against Contego and Patriot in this action.

filed an appearance on behalf of Ms. Gott. The law firm of Kilpatrick Townsend & Stockton LLP also represents the Trustee.

WHEREFORE, Kathryn A. Coleman, Rita M. Haeusler, Aviva Wernick and Alex E. Spjute hereby withdraw as counsel in this matter for Defendants Contego, Patriot and Ms. Gott.

Dated: August 8, 2018

Respectfully submitted,

/s/ Kathryn A. Coleman
Kathryn A. Coleman
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
(212) 837-6000
katie.coleman@hugheshubbard.com

/s/ Rita M. Haeusler
Rita M. Haeusler
HUGHES HUBBARD & REED LLP
350 South Grand Avenue
Los Angeles, California 90071-3442
(213) 613-2800
rita.haeusler@hugheshubbard.com

/s/ Aviva L. Wernick
Aviva L. Wernick
HUGHES HUBBARD & REED LLP
201 South Biscayne Boulevard
Miami, Florida 33131-4332
(305) 358-1666
aviva.wernick@hugheshubbard.com

*Attorneys for Defendants Contego Investigative Services, Inc., Patriot National, Inc. and Toni Gott*

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on August 8, 2018, I caused the foregoing document to be filed with the Clerk of the Court using the ECF system, and to my knowledge, a copy of this document will be served on the parties or attorneys of record by the ECF system.

*/s/ Kathryn A. Coleman*
Kathryn A. Coleman
