# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> PATRIOT NATIONAL, INC., *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 18-10189 (KG) <br><br> (Jointly Administered) |
| James Baca, <br><br> Plaintiff, <br><br> v. <br><br> Contego Services Group, LLC, *et al*. <br><br> Defendants. | Civil Action No. 18-919-RGA |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE
## TO FILE REPLY BRIEFS

IT IS HEREBY STIPULATED by and between the parties, subject to the approval of the Court, that the deadline for the Defendants to file their reply brief, currently set for March 4, 2019, shall be extended to May 3, 2019 and that the deadline for the Plaintiff to file his response brief, currently set for March 18, 2019, shall be extended to May 17, 2019.  The parties are working to finalize a resolution of the dispute regarding the handling of this matter.

[*Remainder of Page Left Intentionally Blank*]

1

Dated: March 4, 2019

| **KLEIN LLC** | **MORRIS JAMES LLP** |
|---|---|
| /s/ Julia B. Klein<br>Julia B. Klein, Esq. (DE Bar No. 5198)<br>919 North Market Street, Suite 600<br>Wilmington, DE 19801<br>Telephone: (302) 438-0456<br>[Counsel to James Baca] | /s/ Carl N. Kunz, III<br>Carl N. Kunz, III, (DE Bar No. 3201)<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, DE 19801<br>Telephone: (302) 888-6800<br>Facsimile: (302) 571-1750<br>E-mail: ckunz@morrisjames.com<br>[Counsel to Peter Kravitz, Litigation Trustee] |

IT IS SO ORDERED this _____ day of _____, 2019

_____
United States District Court Judge